**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| DESMOND WITHERSPOON, | : | |
| | : | **Civil Action No. 14-7298 (SRC)** |
| Plaintiff, | : | |
| v. | : | |
| | : | **OPINION** |
| MR. KIRKLIN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CHESLER**, District Judge

This matter comes before the Court on the application filed by Plaintiff Desmond

Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915. The Court finds

that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed. The

Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C.

§ 1915(e)(2). Here, Plaintiff demands $50,000 from "Mr. Kirklin (Department of Labor)" for a

cause of action "Speedy Trial Act." No further information is provided. As such, Plaintiff has

failed to state a basis for federal subject matter jurisdiction, and he has failed to state a facially

plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296,

Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and

repetitive lawsuits. An appropriate Order will be filed.

                                                        s/Stanley R. Chesler
                                                    STANLEY R. CHESLER
                                                    United States District Judge

Dated: December 2, 2014